■ In the Matter of YUSEFF PARRIS, Petitioner, v GLENN S. GOORD, Commissioner, New York State Department of Correctional Services, Respondent. [873 NYS2d 230]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Robert F. Julian, J.], entered December 18, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOMA J. BURSHTYNSKY, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 18, 2007. The judgment convicted defendant, upon her plea of guilty, of driving while intoxicated as a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMAR GREEN, Appellant. [872 NYS2d 360]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered January 15, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Martoche, J.P., Fahey, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROCKY DECAPUA, Appellant. [873 NYS2d 230]—Appeal from a sentence of the Monroe County Court (Richard A. Keenan, J.), rendered March 2, 2007. Defendant was sentenced upon his conviction of manslaughter in the first degree.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.